**People of the State of Illinois, Plaintiff-Appellee, v. Melvin Sanders and William Gene Walker, Defendants, William Gene Walker, Defendant-Appellant.**

Gen. No. 10,840.

Fourth District.
October 13, 1967.

Harry J. Westfall, of Decatur, for appellant; Basil G. Greanias, State's Attorney of Macon County, of Decatur (Franklin E. Dove, of counsel), for appellee. Opinion by JUSTICE TRAPP. **Not to be published in full.**